UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102
(314) 244–4500

In re: Mary Strecker
**Debtor(s):**
Mary Strecker – See below for reported alias information xxx–xx–6054
See below for reported alias information

Case No.: 08–48385

Chapter: 7
Date Filed: 10/24/08
7 – Day Notice
Date Converted: 5/10/11

## ORDER AND NOTICE OF MISSING DOCUMENTS OR OTHER INFORMATION

**Due to omissions in the voluntary petition and/or other filings, the following are due within 7 days from the date of this notice.**

**Notice is hereby given that failure to correct the matters noted below ☑ or file a written request for extension of time within the 7–day period may lead to the dismissal of this case without further notice or hearing from this Court.**

- ☐ Exhibit A (Required for Publicly Held Chapter 11 Corporations **only**)
- ☐ Exhibit C (Environmental Hazard Statement)
- ☐ List of Creditors Holding the 20 Largest Unsecured Claims (Required for Chapter 9 & 11 **only**)
- ☑ A Compensation and Disclosure Statement ☑ for attorney for debtor under 2016(b) or ☐ for non–attorney preparer under 2016(c).
- ☐ Social Security Number or Tax ID Number for Debtor(s) must be provided by phone to Director of Case Initiation and Administration at (314) 244–4802 immediately. An amended petition providing the last four digits of the social security number(s) or providing complete Tax ID(s) must be filed (Fed. R. Bankr. P. 1005) within 7 days of the date of this notice.
- ☐ Petition was not signed by ☐ the attorney for debtor or ☐ non–attorney preparer. The following document(s) is/are required:

    ☐ amended Voluntary Petition, ☐ amended 2016 Disclosure of Attorney Compensation, ☐ and/or amended Bankruptcy Petition Preparer Disclosure of Compensation.
- ☐ Petition does not indicate chapter of bankruptcy selected. A telephone call was made to you or your office so the petition could be filed today under the appropriate chapter. However, you will need to file an amended petition with the appropriate chapter indicated and original signatures of debtor(s) and the attorney for debtor(s) or non–attorney preparer, if applicable.
- ☐ The Application to Pay Filing Fees in Installments does not reflect the total fees which are due. A new Application to Pay Filing Fees in Installments must be completed and signed by the debtor(s) and non–attorney petition preparer, if applicable, to reflect the total fee of $299.00 for a Chapter 7, $1,039.00 for a Chapter 11 (individual case only), $239.00 for a Chapter 12(individual case only), or $274.00 for a Chapter 13. (Rule 1006 of the Federal Rules of Bankruptcy Procedure and 28 U.S. Code § 1930).
- ☐ The Application to Pay Filing Fees in Installments does not include a schedule to pay the filing fees in full within the required 120 days from the filing of this petition. A new Application to Pay Filing Fees in Installments must be completed and signed by the debtor(s) and non– attorney petition preparer, if applicable, to reflect a revised schedule of payments so the filing fees will have been made within the required 120 days from the date of filing of this petition. (Fed. R. Bankr. P. 1006 and 28 U.S. Code § 1930).
- ☐ The Application to Pay Filing Fees in Installments does not indicate the balance of the filing fee will be paid through the Chapter 13 Plan. A new Application to Pay Filing Fees in Installments must be completed and signed by the debtor(s) and non–attorney preparer, if applicable, to reflect the balance of the filing fees are to be paid through the Chapter 13 Plan (L.R. 1006).
- ☐ Petition does not include the debtor's ☐ most recent balance sheet, ☐ statement of operations, ☐ cash–flow statement, ☐ Federal income tax return, **or** a statement made under penalty of perjury that any of the first three documents that are missing have not been prepared and/or that no Federal income tax return has been filed if this document is missing. (Required in small business cases **only**)
- ☑ Matrix and Verification of Matrix on Converted Case.
- ☐ The full Social Security Number of Bankruptcy Petition Preparer must be provided as required by 11 U.S.C. § 110.

**BY THE COURT:**

*Barry S Schermer*

**U.S.Bankruptcy Judge**

Dated: 5/10/11
St. Louis, Missouri

**Reported Alias Information:**
Mary Strecker –
 –

Rev. 08/10